TIMOTHY W. LOOSE, SBN 241037
  tloose@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone: 213.229.7746
Facsimile: 213.229.6746

Attorney for Defendant AMERICAN HOME SHIELD CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW MCCLURE, on behalf of himself and all others similar situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN HOME SHIELD CORPORATION, a Delaware corporation,<br><br>Defendant. | Case No. 2:22-cv-02163-ODW-AS<br><br>**NOTICE OF SETTLEMENT**<br><br>Complaint served:    April 6, 2022<br><br>Judge:    Judge Otis D. Wright, II |

    Defendant American Home Shield Corporation, ("Defendant") and Matthew McClure ("Plaintiff") have reached a resolution of this matter.  Plaintiff intends to file a notice of dismissal within the next 30 days, and in the interim the parties request that any deadlines, including Defendant's deadline to respond to the Complaint, be stayed.

    Dated:    June 10, 2022    GIBSON, DUNN & CRUTCHER LLP


    By: */s/ Timothy W. Loose*
        Timothy W. Loose

    Attorney for Defendant AMERICAN HOME SHIELD CORPORATION

Dated: June 10, 2022

AZADIAN LAW GROUP, PC

By: /s/ George S. Azadian
George S. Azadian
Attorney for Plaintiff MATTHEW MCCLURE

### ECF CERTIFICATION

Pursuant to Local Civil Rule 5-4.3.4(a)(2)(i), I attest that George Azadian, on whose behalf this filing is jointly submitted, has concurred in the filing's content and has authorized me to file this document.

By: /s/ Timothy W. Loose
Timothy W. Loose