AZADIAN LAW GROUP, PC
GEORGE S. AZADIAN (SBN 253342)
ANI AZADIAN (SBN 284007)
707 Foothill Blvd., Suite 200
La Cañada Flintridge, California 91011
Ph.:  (626) 449-4944
Fax:  (626) 628-1722
Email: George@azadianlawgroup.com

Attorneys for Plaintiff,
   MATTHEW MCCLURE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW MCCLURE, on behalf of himself and all others similarly situated,<br><br>            Plaintiff,<br><br>   v.<br><br>AMERICAN HOME SHIELD CORPORATION, a Delaware corporation,<br><br>            Defendant. | CASE NO. 2:22-cv-02163-ODW-AS<br><br>**NOTICE OF DISMISSAL OF ENTIRE ACTION PURSUANT TO FRCP 41** |

**NOTICE OF DISMISSAL OF ENTIRE ACTION PURSUANT TO FRCP 41**

1   Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff
2   Matthew McClure ("Plaintiff"), hereby dismisses the action in its entirety with
3   prejudice as to Plaintiff's individual claims and without prejudice to the claims of
4   the putative class.

6   Dated: June 20, 2022                    Respectfully submitted,

                                            AZADIAN LAW GROUP, PC


                                            By: /s/ George S. Azadian
                                                George S. Azadian
                                            Attorneys for Plaintiff MATTHEW MCCLURE

-1-
**NOTICE OF DISMISSAL OF ENTIRE ACTION PURSUANT TO FRCP 41**